IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ELIZABETH BROWN,** *on behalf of* **S.B.**                                      **PLAINTIFF**

**V.**                                        **CAUSE NO. 3:14-CV-455-CWR-FKB**

**CAROLYN W. COLVIN,** *Commissioner,*                          **DEFENDANT**
*United States Social Security Administration*

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (R&R). Docket No. 14. The R&R recommends remanding this case to the Social Security Administration for further proceedings. *Id.*

The defendant has notified chambers that it does not intend to object to the R&R. Accordingly, this Court adopts the R&R's findings and conclusions as its own, grants the plaintiff's motion for summary judgment, and denies the Commissioner's motion to affirm. A separate Final Judgment will issue this day.

**SO ORDERED**, this the 17th day of August, 2015.

                                                      s/ Carlton W. Reeves
                                                      UNITED STATES DISTRICT JUDGE